## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) |
| JOSE QUIRARTE and | ) Case No. 2-09-bk-33884 |
| GLORIA FABIOLA QUIRARTE, | ) |
|   Debtor(s) | ) |
|  | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for Orion (UNIVERSITY MEDICAL CENTER), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>   Orion
>   c/o Recovery Management Systems Corp.
>   25 SE 2nd Avenue, Suite 1120
>   Miami, FL 33131-1605
>   Attn: Ramesh Singh
>   Telephone: (305) 379-7674
>   Facsimile: (305) 374-8113
>   E-mail: claims@recoverycorp.com

Dated: Miami, Florida
January 1, 2010

                                                                        By: /s/ Ramesh Singh

                                                                        Ramesh Singh
                                                                        c/o Recovery Management Systems Corp.
                                                                        Financial Controller
                                                                        25 SE 2nd Avenue, Suite 1120
                                                                        Miami, FL 33131-1605
                                                                        (305) 379-7674

Assignee Creditor: UNIVERSITY MEDICAL CENTER